COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION FOR EN BANC RECONSIDERATION

Case number:       No. 01-13-00663-CR

Style:             *Aaron Jacob Moore v. The State of Texas*

Date motion filed:  August 22, 2014

Party filing motion:  Appellee


A majority of the Court having voted against rehearing en banc, it is **ordered** that

the motion for en banc reconsideration is **denied**.


Judge's signature:    /s/ Jane Bland
                      Acting for the Court

Before:  Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, and Huddle.  Justice Sharp, not participating.


Date:   November 13, 2014